UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
NEUSHWANDER, ERIC EDWARD            §    Case No. 10-40224
NEUSHWANDER, KELLI DAWN             §
                                    §
                                    §
              Debtor(s)             §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRADLEY J. WALLER_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-40224 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | | Date Filed (f) or Converted (c): | 09/08/10 (f) |
| | NEUSHWANDER, KELLI DAWN | | | 341(a) Meeting Date: | 10/06/10 |
| For Period Ending: 02/15/12 | | | | Claims Bar Date: | 01/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 26665 South Kimberly Lane, Channahon, IL 60410., | 255,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Bank accounts; checking and savings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Household Goods, Furnishings, Appliances and Ele | 3,250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. A&K Transport Co., Inc. Trucking business, purch | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. A&K Specialized Logistics. Trucking and Brokerin | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2006 Chevy Suburban LTZ with 85,000 miles in fai | 16,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2004 Lexus GX470 with 73000 miles in fair condit | 14,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 1998 Ford F-150 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Preference payments | 0.00 | 68,653.13 | | 29,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.48 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $291,750.00     $68,653.13     $29,801.48     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-40224　BB　Judge: BRUCE W. BLACK | Trustee Name:　BRADLEY J. WALLER |
| Case Name: | NEUSHWANDER, ERIC EDWARD | Date Filed (f) or Converted (c):　09/08/10 (f) |
| | NEUSHWANDER, KELLI DAWN | 341(a) Meeting Date:　10/06/10 |
| | | Claims Bar Date:　01/12/11 |

Initial Projected Date of Final Report (TFR): 09/30/11　　Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | The Bank of New York Mellon |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******9165 Money Market Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 02/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 9 | Dane E Neushwander<br>Kathleen Newushwander<br>13209 Skyline Drive<br>Plainfield, IL 60585-1502 | Compromise<br>DEPOSIT CHECK #2045 | 1141-000 | 10,000.00 | | 10,000.00 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 10,000.03 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.11 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.19 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.26 |
| 03/21/11 | 9 | Chase Bank USA NA<br>201 North Walnut Street<br>Wilmington, DE 19801 | per court order of<br>DEPOSIT CHECK #047597631 | 1141-000 | 10,800.00 | | 20,800.26 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 20,800.37 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.54 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.71 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.88 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,801.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.89 | 20,761.16 |
| 08/15/11 | 9 | June Prodehl & Renzi Law Offices<br>1861 Black Road<br>Joliet, IL 60435 | per court order of 09/23/2011<br>DEPOSIT CHECK #13455 | 1141-000 | 9,000.00 | | 29,761.16 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 29,761.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.60 | 29,703.77 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.42 | 29,705.19 |
| 09/28/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.22 | | 29,705.41 |
| 09/28/11 | | To Acct #*******9166 | | 9999-000 | | 29,705.41 | 0.00 |

Page Subtotals 29,801.48 29,801.48

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-40224 -BB | |
| Case Name: | NEUSHWANDER, ERIC EDWARD | |
| | NEUSHWANDER, KELLI DAWN | |
| Taxpayer ID No: | *******2093 | |
| For Period Ending: | 02/15/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******9165  Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,801.48 | 29,801.48 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 29,705.41 | |
| Subtotal | 29,801.48 | 96.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 29,801.48 | 96.07 | |

Page Subtotals        0.00        0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | The Bank of New York Mellon |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******9166 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 02/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/11 | | From Acct #*******9165 | | 9999-000 | 29,705.41 | | 29,705.41 |
| 09/28/11 | 000101 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Adversary Filing Fee - Case No. 11-00651 | 2700-000 | | 250.00 | 29,455.41 |
| 09/28/11 | 000102 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Adversary Filing Fee - Case No. 11-00652 | 2700-000 | | 250.00 | 29,205.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.18 | 29,147.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.88 | 29,083.35 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.76 | 29,023.59 |
| 01/26/12 | | Transfer to Acct #*******3325 | Bank Funds Transfer | 9999-000 | | 29,023.59 | 0.00 |

|  | COLUMN TOTALS | 29,705.41 | 29,705.41 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 29,705.41 | 29,023.59 | |
|  | Subtotal | 0.00 | 681.82 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 681.82 | |

Page Subtotals 29,705.41 29,705.41

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | Congressional Bank |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******3325 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 02/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9166 | Bank Funds Transfer | 9999-000 | 29,023.59 | | 29,023.59 |

|  |  | COLUMN TOTALS | 29,023.59 | 0.00 | 29,023.59 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 29,023.59 | 0.00 | |
|  |  | Subtotal | 0.00 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9165 | 29,801.48 | 96.07 | 0.00 |
| Checking Account - ********9166 | 0.00 | 681.82 | 0.00 |
| Checking Account - ********3325 | 0.00 | 0.00 | 29,023.59 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 29,801.48 | 777.89 | 29,023.59 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  29,023.59  0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 15, 2012 |

Case Number:  10-40224  
Debtor Name:  NEUSHWANDER, ERIC EDWARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3P 570 5800-00 | Internal Revenue Service<br>Bankruptcy Dept.<br>Cincinnati, OH  45999-0039 | Priority | | $258,803.38 | $0.00 | $258,803.38 |
| 9P 570 5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Priority | | $10,090.26 | $0.00 | $10,090.26 |
| 1 610 7100-00 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $2,640.12 | $0.00 | $2,640.12 |
| 2 610 7100-00 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $8,358.27 | $0.00 | $8,358.27 |
| 3U 610 7100-00 | Internal Revenue Service<br>Bankruptcy Dept.<br>Cincinnati, OH  45999-0039 | Unsecured | | $2,708.41 | $0.00 | $2,708.41 |
| 4 610 7100-00 | Fleetone, MSC 30425<br>Bankruptcy Dept.<br>POB 415000<br>Nashville, TN  37241-5000 | Unsecured | | $5,164.50 | $0.00 | $5,164.50 |
| 5 610 7100-00 | Southwest Spring<br>Bankruptcy Dept.<br>3863 West Columbus Ave.<br>Chicago, IL  60652 | Unsecured | | $1,217.28 | $0.00 | $1,217.28 |
| 6 610 7100-00 | Midway Truck Parts<br>Bankruptcy Dept.<br>7400 W. 87th St.<br>Bridgeview, IL  60455 | Unsecured | | $9,616.97 | $0.00 | $9,616.97 |
| 7 610 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $7,513.66 | $0.00 | $7,513.66 |
| 8 610 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Unsecured | | $3,341.36 | $0.00 | $3,341.36 |
| 9U 610 7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Unsecured | | $499.97 | $0.00 | $499.97 |

Page 2                  **EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER          Date: February 15, 2012

Case Number: 10-40224      Claim Class Sequence
Debtor Name: NEUSHWANDER, ERIC EDWARD

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $6,114.40 | $0.00 | $6,114.40 |
| 11 610 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $3,878.72 | $0.00 | $3,878.72 |
| 12 610 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $165.49 | $0.00 | $165.49 |
| 13 610 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $5,075.72 | $0.00 | $5,075.72 |
| 14 610 7100-00 | GE Capital Financial Systems & Services Technologies Inc 4315 Pickett Road St Joseph, MO 64503 | Unsecured | | $10,514.43 | $0.00 | $10,514.43 |
| 15 610 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $20,584.12 | $0.00 | $20,584.12 |
| 16 610 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $5,960.79 | $0.00 | $5,960.79 |
| 17 100 4300-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $362,247.85 | $0.00 | $362,247.85 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-40224
Case Name: NEUSHWANDER, ERIC EDWARD
       NEUSHWANDER, KELLI DAWN
Trustee Name: BRADLEY J. WALLER

Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Employment Security | $ | $ | $ |

    Total to be paid to priority creditors                   $_____

    Remaining Balance                                    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Discover Bank | $ | $ | $ |
| 3U | Internal Revenue Service | $ | $ | $ |
| 4 | Fleetone, MSC 30425 | $ | $ | $ |
| 5 | Southwest Spring | $ | $ | $ |
| 6 | Midway Truck Parts | $ | $ | $ |
| 7 | Chase Bank USA, N.A. | $ | $ | $ |
| 8 | Chase Bank USA, N.A. | $ | $ | $ |
| 9U | Illinois Department of Employment Security | $ | $ | $ |
| 10 | Chase Bank USA, N.A. | $ | $ | $ |
| 11 | Chase Bank USA, N.A. | $ | $ | $ |
| 12 | Chase Bank USA,N.A | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 14 | GE Capital Financial | $ | $ | $ |
| 15 | American Express Bank, FSB | $ | $ | $ |
| 16 | Fia Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE