# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| NEUSHWANDER, ERIC EDWARD § | Case No. 10-40224 |
| NEUSHWANDER, KELLI DAWN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2012          By: /s/ Bradley J. Waller
                                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| NEUSHWANDER, ERIC EDWARD | § | Case No. 10-40224 |
| NEUSHWANDER, KELLI DAWN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 29,801.48 |
| and approved disbursements of | $ | 777.89 |
| leaving a balance on hand of[1] | $ | 29,023.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BRADLEY J. WALLER | $ 3,730.15 | $ 0.00 | $ 3,730.15 |
| Trustee Expenses: BRADLEY J. WALLER | $ 101.00 | $ 0.00 | $ 101.00 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 3,831.15 |
| Remaining Balance | $ 25,192.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 268,893.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | $ 258,803.38 | $ 0.00 | $ 24,247.09 |
| 9P | Illinois Department of Employment Security | $ 10,090.26 | $ 0.00 | $ 945.35 |
| | Total to be paid to priority creditors | | | $ 25,192.44 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,354.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,640.12 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 8,358.27 | $ 0.00 | $ 0.00 |
| 3U | Internal Revenue Service | $ 2,708.41 | $ 0.00 | $ 0.00 |
| 4 | Fleetone, MSC 30425 | $ 5,164.50 | $ 0.00 | $ 0.00 |
| 5 | Southwest Spring | $ 1,217.28 | $ 0.00 | $ 0.00 |
| 6 | Midway Truck Parts | $ 9,616.97 | $ 0.00 | $ 0.00 |
| 7 | Chase Bank USA, N.A. | $ 7,513.66 | $ 0.00 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 3,341.36 | $ 0.00 | $ 0.00 |
| 9U | Illinois Department of Employment Security | $ 499.97 | $ 0.00 | $ 0.00 |
| 10 | Chase Bank USA, N.A. | $ 6,114.40 | $ 0.00 | $ 0.00 |
| 11 | Chase Bank USA, N.A. | $ 3,878.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Chase Bank USA,N.A | $ 165.49 | $ 0.00 | $ 0.00 |
| 13 | PYOD LLC its successors and assigns as assignee of | $ 5,075.72 | $ 0.00 | $ 0.00 |
| 14 | GE Capital Financial | $ 10,514.43 | $ 0.00 | $ 0.00 |
| 15 | American Express Bank, FSB | $ 20,584.12 | $ 0.00 | $ 0.00 |
| 16 | Fia Card Services, NA/Bank of America | $ 5,960.79 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–1 | User: mrahmoun | Date Created: 10/15/2010 |
| Case: 10–40224 | Form ID: ntcftfc7 | Total: 74 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Eric Edward Neushwander | 26665 South Kimberly Lane | Channahon, IL 60410 | |
| jdb | Kelli Dawn Neushwander | 26665 South Kimberly Lane | Channahon, IL 60410 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | Thomas F. Fezzey | Thomas F. Fezzey, Attorney at Law | 600 West Roosevelt Road Ste B–1 | Wheaton, IL 60187 |
| 16105975 | AT | Bankruptcy Dept. | POB 8100 | Aurora, IL 60507–8100 |
| 16105972 | Acuity | Bankruptcy Dept. | 2700 S. Taylor Dr. POB 718 | Sheboygan, WI 53082–0718 |
| 16105973 | Advance Auto | Bankruptcy Dept. | POB 5219 | Carol Stream, IL 60197–5219 |
| 16105974 | American Express | Bankruptcy Dept. | POB 981535 | El Paso, TX 79998–1535 |
| 16105976 | Bank of America | P.O. Box 15026 | Bankruptcy Dept. | Wilmington, DE 19850–5026 |
| 16105977 | Bauer Built Tire | Bankruptcy Dept. | Hwy 25 South POB 248 | Durand, WI 54736–0248 |
| 16105978 | Briski | Bankruptcy Dept. | 5919 S. Archer | Chicago, IL 60638–2802 |
| 16105988 | CMA CGM (America) LLC | Bankruptcy Dept. | 5701 Lake Wright Dr | Norfolk, VA 23502 |
| 16105979 | Car Quest | Bankruptcy Dept. | POB 26006 | Raleigh, NC 27611–6006 |
| 16105980 | Cassidy Tire Service | Bankruptcy Dept. | 200 S. Church St. | Addison, IL 60101 |
| 16105985 | Chase | Bankruptcy Dept. | PO Box 15153 | Wilmington, DE 19886–5153 |
| 16105981 | Chase | P.O. Box 15298 | Bankruptcy Dept. | Wilmington, DE 19850–5298 |
| 16105982 | Chase | P.O. Box 15298 | Bankruptcy Dept. | Wilmington, DE 19850–5298 |
| 16105983 | Chase | P.O. Box 15298 | Bankruptcy Dept. | Wilmington, DE 19850–5298 |
| 16105984 | Chase | P.O. Box 15298 | Bankruptcy Dept. | Wilmington, DE 19850–5298 |
| 16105986 | Chicago International (Ideallease) | Bilateral Credit Corp. | 141 W. 28th St. 4th Floor | New York, NY 10001 |
| 16105987 | Chicago International Trucks | Bankruptcy Dept. | 94360 Eagleway | Chicago, IL 60678–9430 |
| 16105990 | ComEd | POB 6111 | Bankruptcy Dept. | Carol Stream, IL 60197–6111 |
| 16105989 | Comdata | Bankruptcy Dept. | POB 100647 | Atlanta, GA 30384–0647 |
| 16105991 | Commercial Collections | Bankruptcy Dept. | POB 477 | Oak Creek, WI 53154 |
| 16105992 | Department of Revenue Kansas | Division of Property Valuation | Robert B. Docking, State Office | Topeka, KS 66612–1585 |
| 16105993 | Discover | P.O. Box 30421 | Bankruptcy Dept. | Salt Lake City, UT 84130–0421 |
| 16105994 | Discover | P.O. Box 30421 | Bankruptcy Dept. | Salt Lake City, UT 84130–0421 |
| 16105995 | FedEx | Bankruptcy Dept. | POB 94515 | Palatine, IL 60094–4515 |
| 16105996 | Feece Oil Co. | Bankruptcy Dept. | 1700 Hubbard Ave. | Batavia, IL 60510 |
| 16105997 | Fifth Third Bank | Bankruptcy Dept | POB 630778 | Cincinnati, OH 45263–0778 |
| 16105998 | Fleetone, MSC 30425 | Bankruptcy Dept. | POB 415000 | Nashville, TN 37241–5000 |
| 16105999 | Fuelman | Bankruptcy Dept. | POB 100647 | Atlanta, GA 30384–0647 |
| 16106000 | Gerry's Towing and Recovery, Inc. | Bankruptcy Dept. | POB 318 | Newaygo, MI 49337 |
| 16106001 | Guerard Kalina Butkus/Wheaton Bank | Bankruptcy Dept. | 100 West Roosevelt Road | Wheaton, IL 60187 |
| 16106004 | HSBC Mortgage Corp. USA | Bankruptcy Dept. | Suite 0241 | Buffalo, NY 14270–0241 |
| 16106002 | Harris N.A. | Bankruptcy Dept. | POB 6201 | Carol Stream, IL 60197–6201 |
| 16106003 | Hilton H Honors | Bankruptcy Dept. | POB Box 6500 | Sioux Falls, SD 57117–6500 |
| 16106005 | Humana Insurance Co. | Bankruptcy Dept. | 1100 Employers Blvd. | Green Bay, WI 54344 |
| 16106007 | Illinois Department of Revenue | Bankruptcy Dept. | POB 19006 | Springfield, IL 62794–9006 |
| 16106006 | Illinois Department of Revenue | Motor Fuel Section | 101 West Jefferson 2–265 | Springfield, IL 62702 |
| 16106008 | Illinois Dept. of Employment Sec. | Bankruptcy Dept. | POB 19299 | Springfield, IL 62794–9299 |
| 16106009 | Illinois Secretary of State | Bankruptcy Dept. | 501 South Second St. 300 Howlett | Springfield, IL 62756 |
| 16106012 | Internal Revenue Service | Bankruptcy Dept. | 2001 Butterfield Road | Downers Grove, IL 60515 |
| 16106010 | Internal Revenue Service | Bankruptcy Dept. | Cincinnati, OH 45999–0039 | |
| 16106011 | Internal Revenue Service | Bankruptcy Dept. | POB 21126 | Philadelphia, PA 19114 |
| 16106013 | JX Enterprises | Bankruptcy Dept. | Box 68–9958 | Milwaukee, WI 53268 |
| 16106014 | Kankakee Valley Publishing | Bankruptcy Dept. | POB 616 | West Frankfort, IL 62896 |
| 16106015 | Kohl's | Bankruptcy Dept. | POB 3040 | Milwaukee, WI 53201–3043 |
| 16106017 | MCI | Bankruptcy Dept. | POB 371838 | Pittsburgh, PA 15250–7838 |
| 16106016 | McCoy Tire | Bankruptcy Dept. | 25350 West Eames St. POB 608 | Channahon, IL 60410 |
| 16106018 | McNamara &Evans | Bankruptcy Dept. | 931 S. 4th St. POB 5039 | Springfield, IL 62705 |
| 16106019 | McNeal Physicians Group LLC | Bankruptcy Dept. | 6645 Paysphere Circle | Chicago, IL 60674 |
| 16106020 | Mediterranean Shipping Co. | Bankruptcy Dept. Per Diem Dept. | 700 Watermark Blvd. | Mount Pleasant, SC 29464 |
| 16106021 | Midway Truck Parts | Bankruptcy Dept. | 7400 W. 87th St. | Bridgeview, IL 60455 |
| 16106022 | Minarch Graphics and Supplies | Bankruptcy Dept. | POB 3636 | Joliet, IL 60434 |
| 16106023 | Nicor | Bankruptcy Dept. | POB 0632 | Aurora, IL 60507–0632 |
| 16106024 | Patton Industries, Inc. #774539 | Bankruptcy Dept. | 4539 Solutions Center | Chicago, IL 60677–4005 |
| 16106025 | Peter H. Jagel, P.C. | 209 East Jefferson Avenue | Naperville, IL 60540 | |
| 16106026 | Plates and Permits | Bankruptcy Dept. | POB 729 | Crestwood, IL 60445 |
| 16106027 | Plates and Permits | Bankruptcy Dept. | POB 729 | Crestwood, IL 60445 |

| | | | | |
|---|---|---|---|---|
| 16106028 | Pressure Washing System | Bankruptcy Dept. | 1615 S. 55th Ave | Cicero, IL 60804 |
| 16106029 | Principal Life Group | Bankruptcy Dept. | 3025 College St. | Grand Island, NE 68803-1706 |
| 16106030 | R.G. Javorek | 940 East Diehl Rd. Suite 110 | Naperville, IL 60563 | |
| 16106031 | Randall &Richards (Roadlink) | Bankruptcy Dept. | 5151 E. Broadway | Tucson, AZ 85711 |
| 16106035 | SST Systems and Services Tech | Bankruptcy Dept. | P.O. 801997 | Kansas City, MO 64180-1997 |
| 16106032 | Southwest Ace | Bankruptcy Dept. | 6908 West Archer | Chicago, IL 60638 |
| 16106033 | Southwest Spring | Bankruptcy Dept. | 3863 West Columbus Ave. | Chicago, IL 60652 |
| 16106034 | Sprint | Bankruptcy Dept. | POB 877 | London, KY 40742 |
| 16106036 | Tire Services | Bankruptcy Dept. | 11111 Southwest Highway | Palos Hills, IL 60465 |
| 16106037 | Tom Smith, CPA | Bankruptcy Dept. | 550 West Galena Blvd. | Aurora, IL 60506 |
| 16106038 | Tony and Karen Sebastiano | 2785 Reiter Rd. | New Lenox, IL 60451 | |
| 16106039 | Transfac Capital | Bankruptcy Dept. | 257 East 200 South Suite 350 | Salt Lake City, UT 84111 |
| 16106040 | U.S. Trailer Parts | Bankruptcy Dept. | 4334 S. Tripp Ave. | Chicago, IL 60632 |
| 16106041 | Wheatland/Wheaton Bank | Bankruptcy Dept. | 2244 95th Street | Naperville, IL 60564 |

TOTAL: 74