UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| NEUSHWANDER, ERIC EDWARD | § | Case No. 10-40224 |
| NEUSHWANDER, KELLI DAWN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2012                    By: /s/ Bradley J. Waller
                                                              Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| NEUSHWANDER, ERIC EDWARD | § | Case No. 10-40224 |
| NEUSHWANDER, KELLI DAWN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 29,801.48 |
| and approved disbursements of | $ | 777.89 |
| leaving a balance on hand of[1] | $ | 29,023.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 3,730.15 | $ 0.00 | $ 3,730.15 |
| Trustee Expenses: BRADLEY J. WALLER | $ 101.00 | $ 0.00 | $ 101.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,831.15 |
| Remaining Balance | $ | 25,192.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 268,893.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | $ 258,803.38 | $ 0.00 | $ 24,247.09 |
| 9P | Illinois Department of Employment Security | $ 10,090.26 | $ 0.00 | $ 945.35 |
| | Total to be paid to priority creditors | | $ | 25,192.44 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,354.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,640.12 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 8,358.27 | $ 0.00 | $ 0.00 |
| 3U | Internal Revenue Service | $ 2,708.41 | $ 0.00 | $ 0.00 |
| 4 | Fleetone, MSC 30425 | $ 5,164.50 | $ 0.00 | $ 0.00 |
| 5 | Southwest Spring | $ 1,217.28 | $ 0.00 | $ 0.00 |
| 6 | Midway Truck Parts | $ 9,616.97 | $ 0.00 | $ 0.00 |
| 7 | Chase Bank USA, N.A. | $ 7,513.66 | $ 0.00 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 3,341.36 | $ 0.00 | $ 0.00 |
| 9U | Illinois Department of Employment Security | $ 499.97 | $ 0.00 | $ 0.00 |
| 10 | Chase Bank USA, N.A. | $ 6,114.40 | $ 0.00 | $ 0.00 |
| 11 | Chase Bank USA, N.A. | $ 3,878.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Chase Bank USA,N.A | $ 165.49 | $ 0.00 | $ 0.00 |
| 13 | PYOD LLC its successors and assigns as assignee of | $ 5,075.72 | $ 0.00 | $ 0.00 |
| 14 | GE Capital Financial | $ 10,514.43 | $ 0.00 | $ 0.00 |
| 15 | American Express Bank, FSB | $ 20,584.12 | $ 0.00 | $ 0.00 |
| 16 | Fia Card Services, NA/Bank of America | $ 5,960.79 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: mrahmoun | Date Created: 10/15/2010 |
| Case: 10-40224 | Form ID: ntcftfc7 | Total: 74 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Eric Edward Neushwander | 26665 South Kimberly Lane | Channahon, IL 60410 | |
| jdb | Kelli Dawn Neushwander | 26665 South Kimberly Lane | Channahon, IL 60410 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | Thomas F. Fezzey | Thomas F. Fezzey, Attorney at Law | 600 West Roosevelt Road Ste B-1 | Wheaton, IL 60187 |
| 16105975 | AT Bankruptcy Dept. POB 8100 Aurora, IL 60507-8100 | | | |
| 16105972 | Acuity Bankruptcy Dept. 2700 S. Taylor Dr. POB 718 Sheboygan, WI 53082-0718 | | | |
| 16105973 | Advance Auto Bankruptcy Dept. POB 5219 Carol Stream, IL 60197-5219 | | | |
| 16105974 | American Express Bankruptcy Dept. POB 981535 El Paso, TX 79998-1535 | | | |
| 16105976 | Bank of America P.O. Box 15026 Bankruptcy Dept. Wilmington, DE 19850-5026 | | | |
| 16105977 | Bauer Built Tire Bankruptcy Dept. Hwy 25 South POB 248 Durand, WI 54736-0248 | | | |
| 16105978 | Briski Bankruptcy Dept. 5919 S. Archer Chicago, IL 60638-2802 | | | |
| 16105988 | CMA CGM (America) LLC Bankruptcy Dept. 5701 Lake Wright Dr Norfolk, VA 23502 | | | |
| 16105979 | Car Quest Bankruptcy Dept. POB 26006 Raleigh, NC 27611-6006 | | | |
| 16105980 | Cassidy Tire Service Bankruptcy Dept. 200 S. Church St. Addison, IL 60101 | | | |
| 16105985 | Chase Bankruptcy Dept. PO Box 15153 Wilmington, DE 19886-5153 | | | |
| 16105981 | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | |
| 16105982 | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | |
| 16105983 | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | |
| 16105984 | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | | |
| 16105986 | Chicago International (Ideallease) Bilateral Credit Corp. 141 W. 28th St. 4th Floor New York, NY 10001 | | | |
| 16105987 | Chicago International Trucks Bankruptcy Dept. 94360 Eagleway Chicago, IL 60678-9430 | | | |
| 16105990 | ComEd POB 6111 Bankruptcy Dept. Carol Stream, IL 60197-6111 | | | |
| 16105989 | Comdata Bankruptcy Dept. POB 100647 Atlanta, GA 30384-0647 | | | |
| 16105991 | Commercial Collections Bankruptcy Dept. POB 477 Oak Creek, WI 53154 | | | |
| 16105992 | Department of Revenue Kansas Division of Property Valuation Robert B. Docking, State Office Topeka, KS 66612-1585 | | | |
| 16105993 | Discover P.O. Box 30421 Bankruptcy Dept. Salt Lake City, UT 84130-0421 | | | |
| 16105994 | Discover P.O. Box 30421 Bankruptcy Dept. Salt Lake City, UT 84130-0421 | | | |
| 16105995 | FedEx Bankruptcy Dept. POB 94515 Palatine, IL 60094-4515 | | | |
| 16105996 | Feece Oil Co. Bankruptcy Dept. 1700 Hubbard Ave. Batavia, IL 60510 | | | |
| 16105997 | Fifth Third Bank Bankruptcy Dept POB 630778 Cincinnati, OH 45263-0778 | | | |
| 16105998 | Fleetone, MSC 30425 Bankruptcy Dept. POB 415000 Nashville, TN 37241-5000 | | | |
| 16105999 | Fuelman Bankruptcy Dept. POB 100647 Atlanta, GA 30384-0647 | | | |
| 16106000 | Gerry's Towing and Recovery, Inc. Bankruptcy Dept. POB 318 Newaygo, MI 49337 | | | |
| 16106001 | Guerard Kalina Butkus/Wheaton Bank Bankruptcy Dept. 100 West Roosevelt Road Wheaton, IL 60187 | | | |
| 16106004 | HSBC Mortgage Corp. USA Bankruptcy Dept. Suite 0241 Buffalo, NY 14270-0241 | | | |
| 16106002 | Harris N.A. Bankruptcy Dept. POB 6201 Carol Stream, IL 60197-6201 | | | |
| 16106003 | Hilton H Honors Bankruptcy Dept. POB Box 6500 Sioux Falls, SD 57117-6500 | | | |
| 16106005 | Humana Insurance Co. Bankruptcy Dept. 1100 Employers Blvd. Green Bay, WI 54344 | | | |
| 16106007 | Illinois Department of Revenue Bankruptcy Dept. POB 19006 Springfield, IL 62794-9006 | | | |
| 16106006 | Illinois Department of Revenue Motor Fuel Section 101 West Jefferson 2-265 Springfield, IL 62702 | | | |
| 16106008 | Illinois Dept. of Employment Sec. Bankruptcy Dept. POB 19299 Springfield, IL 62794-9299 | | | |
| 16106009 | Illinois Secretary of State Bankruptcy Dept. 501 South Second St. 300 Howlett Springfield, IL 62756 | | | |
| 16106012 | Internal Revenue Service Bankruptcy Dept. 2001 Butterfield Road Downers Grove, IL 60515 | | | |
| 16106010 | Internal Revenue Service Bankruptcy Dept. Cincinnati, OH 45999-0039 | | | |
| 16106011 | Internal Revenue Service Bankruptcy Dept. POB 21126 Philadelphia, PA 19114 | | | |
| 16106013 | JX Enterprises Bankruptcy Dept. Box 68-9958 Milwaukee, WI 53268 | | | |
| 16106014 | Kankakee Valley Publishing Bankruptcy Dept. POB 616 West Frankfort, IL 62896 | | | |
| 16106015 | Kohl's Bankruptcy Dept. POB 3040 Milwaukee, WI 53201-3043 | | | |
| 16106017 | MCI Bankruptcy Dept. POB 371838 Pittsburgh, PA 15250-7838 | | | |
| 16106016 | McCoy Tire Bankruptcy Dept. 25350 West Eames St. POB 608 Channahon, IL 60410 | | | |
| 16106018 | McNamara &Evans Bankruptcy Dept. 931 S. 4th St. POB 5039 Springfield, IL 62705 | | | |
| 16106019 | McNeal Physicians Group LLC Bankruptcy Dept. 6645 Paysphere Circle Chicago, IL 60674 | | | |
| 16106020 | Mediterranean Shipping Co. Bankruptcy Dept. Per Diem Dept. 700 Watermark Blvd. Mount Pleasant, SC 29464 | | | |
| 16106021 | Midway Truck Parts Bankruptcy Dept. 7400 W. 87th St. Bridgeview, IL 60455 | | | |
| 16106022 | Minarch Graphics and Supplies Bankruptcy Dept. POB 3636 Joliet, IL 60434 | | | |
| 16106023 | Nicor Bankruptcy Dept. POB 0632 Aurora, IL 60507-0632 | | | |
| 16106024 | Patton Industries, Inc. #774539 Bankruptcy Dept. 4539 Solutions Center Chicago, IL 60677-4005 | | | |
| 16106025 | Peter H. Jagel, P.C. 209 East Jefferson Avenue Naperville, IL 60540 | | | |
| 16106026 | Plates and Permits Bankruptcy Dept. POB 729 Crestwood, IL 60445 | | | |
| 16106027 | Plates and Permits Bankruptcy Dept. POB 729 Crestwood, IL 60445 | | | |

| | | | | |
|---|---|---|---|---|
| 16106028 | Pressure Washing System | Bankruptcy Dept. | 5505 S. 55th Ave. | Cicero, IL 60804 |
| 16106029 | Principal Life Group | Bankruptcy Dept. | 3025 College St. | Grand Island, NE 68803-1706 |
| 16106030 | R.G. Javorek | 940 East Diehl Rd. Suite 110 | Naperville, IL 60563 | |
| 16106031 | Randall &Richards (Roadlink) | Bankruptcy Dept. | 5151 E. Broadway | Tucson, AZ 85711 |
| 16106035 | SST Systems and Services Tech | Bankruptcy Dept. | P.O. 801997 | Kansas City, MO 64180-1997 |
| 16106032 | Southwest Ace | Bankruptcy Dept. | 6908 West Archer | Chicago, IL 60638 |
| 16106033 | Southwest Spring | Bankruptcy Dept. | 3863 West Columbus Ave. | Chicago, IL 60652 |
| 16106034 | Sprint | Bankruptcy Dept. | POB 877 | London, KY 40742 |
| 16106036 | Tire Services | Bankruptcy Dept. | 11111 Southwest Highway | Palos Hills, IL 60465 |
| 16106037 | Tom Smith, CPA | Bankruptcy Dept. | 550 West Galena Blvd. | Aurora, IL 60506 |
| 16106038 | Tony and Karen Sebastiano | 2785 Reiter Rd. | New Lenox, IL 60451 | |
| 16106039 | Transfac Capital | Bankruptcy Dept. | 257 East 200 South Suite 350 | Salt Lake City, UT 84111 |
| 16106040 | U.S. Trailer Parts | Bankruptcy Dept. | 4334 S. Tripp Ave. | Chicago, IL 60632 |
| 16106041 | Wheatland/Wheaton Bank | Bankruptcy Dept. | 2244 95th Street | Naperville, IL 60564 |

TOTAL: 74

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-40224-BWB
Eric Edward Neushwander                                           Chapter 7
Kelli Dawn Neushwander
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun              Page 1 of 3              Date Rcvd: Mar 12, 2012
                              Form ID: pdf006             Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2012.
```
db/jdb     +Eric Edward Neushwander,    Kelli Dawn Neushwander,    26665 South Kimberly Lane,
             Channahon, IL 60410-5484
16105975    AT&T,    Bankruptcy Dept.,    POB 8100,    Aurora, IL 60507-8100
16105972    Acuity,    Bankruptcy Dept.,    2700 S. Taylor Dr. POB 718,    Sheboygan, WI 53082-0718
16105973    Advance Auto,    Bankruptcy Dept.,    POB 5219,    Carol Stream, IL 60197-5219
16105974    American Express,    Bankruptcy Dept.,    POB 981535,    El Paso, TX 79998-1535
16595324    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16105977    Bauer Built Tire,    Bankruptcy Dept.,    Hwy 25 South POB 248,    Durand, WI 54736-0248
16105978    Briski,    Bankruptcy Dept.,    5919 S. Archer,    Chicago, IL 60638-2802
16105988   +CMA CGM (America) LLC,    Bankruptcy Dept.,    5701 Lake Wright Dr,    Norfolk, VA 23502-1868
16105979    Car Quest,    Bankruptcy Dept.,    POB 26006,    Raleigh, NC 27611-6006
16105980   +Cassidy Tire Service,    Bankruptcy Dept.,    200 S. Church St.,    Addison, IL 60101-3748
16105981    Chase,    P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
16105985    Chase,    Bankruptcy Dept.,    PO Box 15153,    Wilmington, DE 19886-5153
16389216    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16473576   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16105986   +Chicago International (Ideallease),    Bilateral Credit Corp.,    141 W. 28th St. 4th Floor,
             New York, NY 10001-6115
16105987    Chicago International Trucks,    Bankruptcy Dept.,    94360 Eagleway,    Chicago, IL 60678-9430
16105989    Comdata,    Bankruptcy Dept.,    POB 100647,    Atlanta, GA 30384-0647
16105991   +Commercial Collections,    Bankruptcy Dept.,    POB 477,    Oak Creek, WI 53154-0477
16105992    Department of Revenue Kansas,    Division of Property Valuation,    Robert B. Docking, State Office,
             Topeka, KS 66612-1585
16105997   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:   Fifth Third Bank,    Bankruptcy Dept,    POB 630778,
             Cincinnati, OH 45263-0778)
16105995    FedEx,    Bankruptcy Dept.,    POB 94515,    Palatine, IL 60094-4515
16105996   +Feece Oil Co.,    Bankruptcy Dept.,    1700 Hubbard Ave.,    Batavia, IL 60510-1424
18277401   +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
16655576   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16105998    Fleetone, MSC 30425,    Bankruptcy Dept.,    POB 415000,    Nashville, TN 37241-5000
16105999    Fuelman,    Bankruptcy Dept.,    POB 100647,    Atlanta, GA 30384-0647
16558982   +GE Capital Financial,    Systems & Services Technologies Inc,    4315 Pickett Road,
             St Joseph, Mo 64503-1600
16106000   +Gerry's Towing and Recovery, Inc.,    Bankruptcy Dept.,    POB 318,    Newaygo, MI 49337-0318
16106001   +Guerard Kalina Butkus/Wheaton Bank,    Bankruptcy Dept.,    100 West Roosevelt Road,
             Wheaton, IL 60187-5260
16106004    HSBC Mortgage Corp. USA,    Bankruptcy Dept.,    Suite 0241,    Buffalo, NY 14270-0241
16106002    Harris N.A.,    Bankruptcy Dept.,    POB 6201,    Carol Stream, IL 60197-6201
16106003    Hilton H Honors,    Bankruptcy Dept.,    POB Box 6500,    Sioux Falls, SD 57117-6500
16106005   +Humana Insurance Co.,    Bankruptcy Dept.,    1100 Employers Blvd.,    Green Bay, WI 54344-0001
16106006   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Motor Fuel Section,
             101 West Jefferson 2-265,    Springfield, IL 62702)
16416094   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16106007    Illinois Department of Revenue,    Bankruptcy Dept.,    POB 19006,    Springfield, IL 62794-9006
16106008    Illinois Dept. of Employment Sec.,    Bankruptcy Dept.,    POB 19299,    Springfield, IL 62794-9299
16106009   +Illinois Secretary of State,    Bankruptcy Dept.,    501 South Second St. 300 Howlett,
             Springfield, IL 62756-0001
16106013   +JX Enterprises,    Bankruptcy Dept.,    Box 68-9958,    Milwaukee, WI 53268-0001
16106014   +Kankakee Valley Publishing,    Bankruptcy Dept.,    POB 616,    West Frankfort, IL 62896-0616
16106016   +McCoy Tire,    Bankruptcy Dept.,    25350 West Eames St. POB 608,    Channahon, IL 60410-0608
16106018   +McNamara & Evans,    Bankruptcy Dept.,    931 S. 4th St. POB 5039,    Springfield, IL 62705-5039
16106019   +McNeal Physicians Group LLC,    Bankruptcy Dept.,    6645 Paysphere Circle,
             Chicago, IL 60674-0001
16106020   +Mediterranean Shipping Co.,    Bankruptcy Dept. Per Diem Dept.,    700 Watermark Blvd.,
             Mount Pleasant, SC 29464-5729
16106021   +Midway Truck Parts,    Bankruptcy Dept.,    7400 W. 87th St.,    Bridgeview, IL 60455-1826
16106024    Patton Industries, Inc. #774539,    Bankruptcy Dept.,    4539 Solutions Center,
             Chicago, IL 60677-4005
16106025   +Peter H. Jagel, P.C.,    209 East Jefferson Avenue,    Naperville, IL 60540-4930
16106026   +Plates and Permits,    Bankruptcy Dept.,    POB 729,    Crestwood, IL 60445-0729
16106028   +Pressure Washing System,    Bankruptcy Dept.,    1615 S. 55th Ave.,    Cicero, IL 60804-1817
16106029   +Principal Life Group,    Bankruptcy Dept.,    3025 College St.,    Grand Island, NE 68803-1700
16106030   +R.G. Javorek,    940 East Diehl Rd. Suite 110,    Naperville, IL 60563-4810
16106031   +Randall & Richards (Roadlink),    Bankruptcy Dept.,    5151 E. Broadway,    Tucson, AZ 85711-3705
16106035    SST Systems and Services Tech,    Bankruptcy Dept.,    P.O. 801997,    Kansas City, MO 64180-1997
16106032   +Southwest Ace,    Bankruptcy Dept.,    6908 West Archer,    Chicago, IL 60638-2320
16106033   +Southwest Spring,    Bankruptcy Dept.,    3863 West Columbus Ave.,    Chicago, IL 60652-3731
16106034   +Sprint,    Bankruptcy Dept.,    POB 877,    London, KY 40743
16106036   +Tire Services,    Bankruptcy Dept.,    11111 Southwest Highway,    Palos Hills, IL 60465-2712
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 3                   Date Rcvd: Mar 12, 2012
                               Form ID: pdf006            Total Noticed: 74

16106037     +Tom Smith, CPA,    Bankruptcy Dept.,    550 West Galena Blvd.,    Aurora, IL 60506-3891
16106038     +Tony and Karen Sebastiano,    2785 Reiter Rd.,    New Lenox, IL 60451-9608
16106039     +Transfac Capital,    Bankruptcy Dept.,    257 East 200 South  Suite 350,
               Salt Lake City, UT 84111-2085
16106040     +U.S. Trailer Parts,    Bankruptcy Dept.,    4334 S. Tripp Ave.,    Chicago, IL 60632-4319
16106041     +Wheatland/Wheaton Bank,    Bankruptcy Dept.,    2244 95th Street,    Naperville, IL 60564-8033
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16105990      E-mail/Text: legalcollections@comed.com Mar 13 2012 03:46:36    ComEd,   POB 6111,
               Bankruptcy Dept.,    Carol Stream, IL 60197-6111
16105993      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2012 04:20:01    Discover,   P.O. Box 30421,
               Bankruptcy Dept.,    Salt Lake City, UT 84130-0421
16297209      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2012 04:20:01    Discover Bank,
               DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
16637153      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2012 04:19:22
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16106012      E-mail/Text: cio.bncmail@irs.gov Mar 13 2012 03:44:45    Department Of the Treasury,
               Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA  19114
16106010      E-mail/Text: cio.bncmail@irs.gov Mar 13 2012 03:44:46    Internal Revenue Service,
               Bankruptcy Dept.,    Cincinnati, OH 45999-0039
16106011      E-mail/Text: cio.bncmail@irs.gov Mar 13 2012 03:44:46    Internal Revenue Service,
               Bankruptcy Dept.,    POB 21126,   Philadelphia, PA 19114
16106015     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 13 2012 03:45:58    Kohl’s,   Bankruptcy Dept.,
               POB 3040,    Milwaukee, WI 53201-3040
16106017      E-mail/PDF: BankruptcyFmciMassMa@afni.com Mar 13 2012 04:19:41    MCI,   Bankruptcy Dept.,
               POB 371838,    Pittsburgh, PA 15250-7838
16106023      E-mail/Text: bankrup@nicor.com Mar 13 2012 03:45:37    Nicor,   Bankruptcy Dept.,   POB 0632,
               Aurora, IL 60507-0632
16523977     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 13 2012 03:45:24
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16105982*     Chase,   P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
16105983*     Chase,   P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
16105984*     Chase,   P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
16105994*     Discover,   P.O. Box 30421,    Bankruptcy Dept.,   Salt Lake City, UT 84130-0421
16106027*    +Plates and Permits,    Bankruptcy Dept.,    POB 729,   Crestwood, IL 60445-0729
16105976     ##Bank of America,   P.O. Box 15026,    Bankruptcy Dept.,   Wilmington, DE 19850-5026
16106022     ##+Minarch Graphics and Supplies,    Bankruptcy Dept.,   POB 3636,   Joliet, IL 60434-3636
                                                                                    TOTALS: 0, * 5, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3                  Date Rcvd: Mar 12, 2012
                               Form ID: pdf006            Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2012 at the address(es) listed below:

```
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Bradley J Waller    on behalf of Plaintiff Bradley Waller bwaller@ksbwl.com,   vmaurer@ksbwl.com
              John C Renzi    on behalf of Defendant Karen Sebastiano jcrenzi@jprlaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas F. Fezzey    on behalf of Debtor Eric Neushwander fezzey@gmail.com
                                                                                             TOTAL: 5
```