UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEUSHWANDER, ERIC EDWARD | § | Case No. 10-40224 |
| NEUSHWANDER, KELLI DAWN | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on             . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                     Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | FIFTH THIRD BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE UNITED STATES BANKRUPT | | | | | |
| CLERK OF THE UNITED STATES BANKRUPT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 3P | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 7 | CHASE BANK USA, N.A. | | | | | |
| 8 | CHASE BANK USA, N.A. | | | | | |
| 10 | CHASE BANK USA, N.A. | | | | | |
| 11 | CHASE BANK USA, N.A. | | | | | |
| 12 | CHASE BANK USA,N.A | | | | | |
| 1 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK | | | | | |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 4 | FLEETONE, MSC 30425 | | | | | |
| 14 | GE CAPITAL FINANCIAL | | | | | |
| 9U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 3U | INTERNAL REVENUE SERVICE | | | | | |
| 6 | MIDWAY TRUCK PARTS | | | | | |
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 5 | SOUTHWEST SPRING | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-40224 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | | Date Filed (f) or Converted (c): | 09/08/10 (f) |
| | NEUSHWANDER, KELLI DAWN | | | 341(a) Meeting Date: | 10/06/10 |
| For Period Ending: | 05/31/12 | | | Claims Bar Date: | 01/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 26665 South Kimberly Lane, Channahon, IL 60410., | 255,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Bank accounts; checking and savings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Household Goods, Furnishings, Appliances and Ele | 3,250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. A&K Transport Co., Inc. Trucking business, purch | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. A&K Specialized Logistics. Trucking and Brokerin | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2006 Chevy Suburban LTZ with 85,000 miles in fai | 16,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2004 Lexus GX470 with 73000 miles in fair condit | 14,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 1998 Ford F-150 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Preference payments | 0.00 | 68,653.13 | | 29,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.48 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $291,750.00 | $68,653.13 | | $29,801.48 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-40224 BB Judge: BRUCE W. BLACK | Trustee Name: BRADLEY J. WALLER |
| Case Name: | NEUSHWANDER, ERIC EDWARD | Date Filed (f) or Converted (c): 09/08/10 (f) |
| | NEUSHWANDER, KELLI DAWN | 341(a) Meeting Date: 10/06/10 |
| | | Claims Bar Date: 01/12/11 |

Initial Projected Date of Final Report (TFR): 09/30/11    Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | The Bank of New York Mellon |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******9165 Money Market Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/10 | 9 | Dane E Neushwander<br>Kathleen Newushwander<br>13209 Skyline Drive<br>Plainfield, IL 60585-1502 | Compromise<br>DEPOSIT CHECK #2045 | 1141-000 | 10,000.00 | | 10,000.00 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 10,000.03 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.11 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.19 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.26 |
| 03/21/11 | 9 | Chase Bank USA NA<br>201 North Walnut Street<br>Wilmington, DE 19801 | per court order of<br>DEPOSIT CHECK #047597631 | 1141-000 | 10,800.00 | | 20,800.26 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 20,800.37 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.54 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.71 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,800.88 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,801.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.89 | 20,761.16 |
| 08/15/11 | 9 | June Prodehl & Renzi Law Offices<br>1861 Black Road<br>Joliet, IL 60435 | per court order of 09/23/2011<br>DEPOSIT CHECK #13455 | 1141-000 | 9,000.00 | | 29,761.16 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 29,761.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.60 | 29,703.77 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.42 | 29,705.19 |
| 09/28/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.22 | | 29,705.41 |
| 09/28/11 | | To Acct #*******9166 | | 9999-000 | | 29,705.41 | 0.00 |

Page Subtotals 29,801.48 29,801.48

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | The Bank of New York Mellon |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******9165 Money Market Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 29,801.48 | 29,801.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 29,705.41 | |
| | | | Subtotal | | 29,801.48 | 96.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 29,801.48 | 96.07 | |

Page Subtotals       0.00       0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | The Bank of New York Mellon |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******9166 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/11 | | From Acct #*******9165 | | 9999-000 | 29,705.41 | | 29,705.41 |
| 09/28/11 | 000101 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Adversary Filing Fee - Case No. 11-00651 | 2700-000 | | 250.00 | 29,455.41 |
| 09/28/11 | 000102 | CLERK OF THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IL/EASTERN DIVISION 219 S. DEARBORN STREET CHICAGO, IL 60604 | Adversary Filing Fee - Case No. 11-00652 | 2700-000 | | 250.00 | 29,205.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.18 | 29,147.23 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.88 | 29,083.35 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.76 | 29,023.59 |
| 01/26/12 | | Transfer to Acct #*******3325 | Bank Funds Transfer | 9999-000 | | 29,023.59 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,705.41 | 29,705.41 | 0.00 |
| Less: Bank Transfers/CD's | 29,705.41 | 29,023.59 | |
| Subtotal | 0.00 | 681.82 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 681.82 | |

Page Subtotals 29,705.41 29,705.41

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-40224 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | | Bank Name: | Congressional Bank |
| | NEUSHWANDER, KELLI DAWN | | Account Number / CD #: | *******3325 Checking Account |
| Taxpayer ID No: | *******2093 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9166 | Bank Funds Transfer | 9999-000 | 29,023.59 | | 29,023.59 |
| 04/20/12 | 001001 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 3,730.15 | 25,293.44 |
| 04/20/12 | 001002 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 101.00 | 25,192.44 |
| 04/20/12 | 001003 | Internal Revenue Service Bankruptcy Dept. Cincinnati, OH 45999-0039 | Claim 3P, Payment 9.36892% | 5800-000 | | 24,247.09 | 945.35 |
| 04/20/12 | 001004 | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 | Claim 9P, Payment 9.36894% | 5800-000 | | 945.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 29,023.59 | 29,023.59 | 0.00 |
| Less: Bank Transfers/CD's | | 29,023.59 | 0.00 | |
| Subtotal | | 0.00 | 29,023.59 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 29,023.59 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9165 | 29,801.48 | 96.07 | 0.00 |
| Checking Account - ********9166 | 0.00 | 681.82 | 0.00 |
| Checking Account - ********3325 | 0.00 | 29,023.59 | 0.00 |
| | 29,801.48 | 29,801.48 | 0.00 |

Page Subtotals  29,023.59  29,023.59

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-40224 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | NEUSHWANDER, ERIC EDWARD | Bank Name: | Congressional Bank |
| | NEUSHWANDER, KELLI DAWN | Account Number / CD #: | *******3325 Checking Account |
| Taxpayer ID No: | *******2093 | | |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*